[No. 74738-0-I.   Division One.   April 3, 2017.]

COMMUNITY TREASURES ET AL., *Appellants*, v. SAN JUAN COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for San Juan County, No. 15-2-05033-9, Alan R. Hancock, J., entered February 10, 2016. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 74764-9-I.   Division One.   April 3, 2017.]

OUTSOURCE SERVICES MANAGEMENT, LLC, *Respondent*, v. NOOKSACK BUSINESS CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 11-2-00523-9, Deborra Garrett, J., entered January 13, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Appelwick, JJ.

[No. 74850-5-I.   Division One.   April 3, 2017.]

*In the Matter of the Personal Restraint of* JEREMIAH BOURGEOIS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Verellen, C.J., concurred in by Leach and Spearman, JJ.

[No. 75001-1-I.   Division One.   April 3, 2017.]

E. DUANE GOLPHENEE ET AL., *Appellants*, v. PONDILLA ESTATES COMMUNITY ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Island County, No. 15-2-00236-2, Vickie I. Churchill, J., entered March 7, 2016. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Verellen, C.J., and Leach, J.